tion by Joseph B. Talbott against Russell Shear. No opinion. Judgment unanimously affirmed, with costs.

TANNENBAUM, Respondent, v. DACKS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Frank Tannenbaum against Fanny M. Dacks. No opinion. Judgment of the Municipal Court affirmed, with costs.

TAYLOR, Appellant, v. PRIMUS CO., Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Albert Taylor against the Primus Company. J. B. Leavitt, for appellant. E. L. Kalish, for respondent. No opinion. Judgment affirmed, with costs.

THURSTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Fred. G. Thurston against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, J., dissents.

TOWN OF COPAKE, Appellant, v. NIVER, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by the town of Copake (by Catherine Burdick, as administratrix, etc., of Wesley Burdick, deceased, a taxpayer) against Lee Niver. No opinion. Judgment affirmed, with costs.

TURNER, Appellant, v. NEW YORK ASBESTOS MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Benjamin F. Turner, an infant, by Bridget Turner, his guardian ad litem, against the New York Asbestos Manufacturing Company.

PER CURIAM. Order dismissing plaintiff's complaint affirmed on argument, with $10 costs and disbursements, and appeal from order denying plaintiff's motion for a reargument dismissed, without costs.

TUSTIN, Appellant, v. HOBBS, Respondent. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Edward B. Tustin against Frank S. Hobbs. No opinion. Order affirmed, with $10 costs and disbursements.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Eliza Tyson against the Joseph H. Bauland Company.

PER CURIAM. We think that the record on the appeal should contain only the evidence which was received against the sole appellant. The order refusing to resettle the case is accordingly reversed, with $10 costs and disbursements, and the proceedings remitted to the justice by whom the case was tried for resettlement in accordance with this decision.

VAN SEGGERN, Respondent, v. GINSBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Arend Van Seggern against Henry Ginsberg, impleaded. H. H. Maas, for appellant. E. W. S. Johnston, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

VARNEY, Respondent, v. PHILO, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Edward Varney against Clayton J. Philo. No opinion. Judgment affirmed, with costs.

VOLCKER, Respondent, v. HERTER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Adolph Volcker against Peter Herter and others. D. S. Updike, for appellants. H. Siegrist, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

VON OHLEN, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Catherine Von Ohlen against the Empire Life Insurance Company. C. Blandy, for appellant. W. W. Pickard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WAITE, Appellant, v. GREENLEAF, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Eliza Waite against Louis C. Greenleaf. No opinion. Judgment affirmed, with costs.

WALKER, Appellant, v. HARDER, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by John H. Walker against J. Frank Harder, as sheriff of St. Lawrence county. No opinion. Judgment (80 N. Y. Supp. 948) unanimously affirmed, with costs.

WALKER, Respondent, v. INTERURBAN. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Frank C. Walker against the Interurban Street Railway Company. From a judgment of the Appellate Term, affirming a judgment of the Municipal Court in favor of plaintiff, defendant appeals. Affirmed. Paul D. Cravath, for appellant. Frederick Durgan, for respondent.

HATCH, J. For the reasons stated in my opinion in the case of Scudder v. Interurban Street Railway Company (herewith handed down) 89 N. Y. Supp. 1115, the determination appealed from should be affirmed, with costs.

PATTERSON and LAUGHLIN, JJ., concur. O'BRIEN, J., concurs in result. McLAUGHLIN, J., dissents.

WALSH v. GENERAL FIRE EXTINGUISHER CO. et al. (Supreme Court, Appellate Division, First Department. June 29,

1904.) Action by Mary Walsh against the General Fire Extinguisher Company, impleaded. No opinion. Motion denied.

WARNER, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by James H. Warner, as trustee, against Judson G. Wells and another. D. B. Melick, for appellant. E. S. Kalish, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re WASHBURN. (Supreme Court, Appellate Division, Second Department. June 22, 1904.) In the matter of the application of William D. Washburn for admission to the bar. No opinion. Application granted.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. June 24, 1904.) In the matter of Charles C. Wehrum. No opinion. Motion granted.

In re WEHRUM et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) In the matter of Charles C. Wehrum and others. R. M. Morgan, for appellant. C. L. Guy, for respondent.

PER CURIAM. Order affirmed, with costs.

WELSBACH CO. v. NORWICH GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by the Welsbach Company against the Norwich Gas & Electric Company.

PER CURIAM. Motion for leave to go to Court of Appeals granted, and questions certified as follows: (1) Was the complaint demurrable upon the ground that it appears upon the face thereof that the plaintiff did not have legal capacity to sue? (2) Was the complaint demurrable on the ground that facts are not therein stated sufficient to constitute a cause of action?

WESTCOTT et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Harvey Westcott and Fred. H. Westcott against F. Ellerton Smith. No opinion. Judgment and order unanimously affirmed, with costs.

WHEATON v. CONROW. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of C. A. Wheaton against E. Floyd Conrow.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Wheaton v. Slattery, 88 N. Y. Supp. 1074.

CHESTER and HOUGHTON, JJ., dissent.

WHEATON v. MORAN. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of C. A. Wheaton against James H. Moran.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Wheaton v. Slattery, 88 N. Y. Supp. 1074.

CHESTER and HOUGHTON, JJ., dissent.

WILSON, Respondent, v. EPSTEIN et al., Appellants. (Supreme Court, Appellate Term. June 23, 1904.) Action by Samuel Wilson against Paul Epstein and others. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Reversed. Max Monfried and Julius Fischer, for appellants. Louis Goldberg, for respondent.

PER CURIAM. According to the doctrine of New York Security & Trust Co. v. Lipman, 83 Hun, 569, 32 N. Y. Supp. 65, and the cases therein cited, the present action, so far as the record shows, was prematurely brought. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event.

SCOTT, J., concurs.

MacLEAN, J. (dissenting). The case of N. Y. Security & Trust Co. v. Lipman, 83 Hun, 569, 32 N. Y. Supp. 65, might apply, did it appear that the action by Mrs. Gordman against Wilson claimed for preventive relief. So far as appears by the record, that action, whatever it may be, is still pending; but it does not appear that its final outcome will or will not determine the right to preventive relief, or that such relief in that action is sought.

WILSON, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by William G. Wilson against Charles H. Williams and another. H. Wallis, for appellant. C. P. Howland, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

WORTHINGTON et al. v. HERRMANN et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Charles C. Worthington and Theodore F. Miller against Theodore L. Herrmann and others. No opinion. Order affirmed, with $10 costs and disbursements.

W. & J. SLOANE v. STOUT. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by W. & J. Sloane against James N. Stout. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

YUENGLING v. BETZ. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by David G. Yuengling against John F. Betz. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

END OF CASES IN VOL. 89.

*